**Richard JANSEN, Plaintiff–Appellant,**

v.

**MARYLAND PAROLE COMMISSION; Ruth Ogle, Parole Hearing Officer; Attorney General, Joseph Curran, Defendants–Appellees.**

No. 02–7655.

United States Court of Appeals,
Fourth Circuit.

Submitted April 17, 2003.

Decided April 22, 2003.

Richard Jansen, Appellant pro se. John Joseph Curran, Jr., Attorney General, Bal-

timore, Maryland; Susan Howe Baron, Department of Public Safety and Correctional Services, Baltimore, Maryland, for Appellees.

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Richard Jansen appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Jansen v. Maryland Parole Comm'n*, No. CA–02–791–CCB (D.Md. Oct. 15, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*